THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 First South
 Bank, Respondent,
 v.
 The Clifton Corporation,
 Charles B. Mierek, South Carolina Department of Revenue, South Carolina
 Employment Security Commission, Branch Banking and Trust Company, and Regions
 Bank, Defendants,
 of whom:
 The Clifton
 Corporation and Charles B. Mierek are Appellants.
 
 
 

Appeal From Spartanburg County
  Gordon G. Cooper, Jr.,  Circuit Court
Judge

Unpublished Opinion No.  2008-UP-712
 Heard October 21, 2008  Filed December
16, 2008

AFFIRMED

 
 
 
 William E. Booth, III, of West Columbia, for Appellants.
 David L. Walsh, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:   The Clifton Corporation and Charles B.
 Mierek appeal the master-in-equitys order denying their motion to vacate a
 foreclosure sale.  We affirm pursuant to Rule 220, SCACR and the following
 authorities:  Wogan v. Kunze, 366 S.C. 583, 608, 623 S.E.2d 107, 121
 (Ct. App. 2005) (stating a party may not argue one theory before the trial
 court and another on appeal), affd as modified, 379 S.C. 581, 666
 S.E.2d 901 (2008); see also Wilder Corp. v. Wilke, 330 S.C. 71,
 76, 497 S.E.2d 731, 733 (1998) (It is axiomatic that an issue cannot be raised
 for the first time on appeal, but must have been raised to and ruled upon by
 the trial judge to be preserved for appellate review.); Anderson v. Short,
 323 S.C. 522, 525, 476 S.E.2d 475, 477 (1996) (stating where a decision is
 based on more than one ground, the appellate court will affirm unless the
 appellant appeals all grounds because the unappealed ground will become the law
 of the case); First Union Natl Bank of S.C. v. Soden, 333 S.C. 554,
 566, 511 S.E.2d 372, 378 (Ct. App. 1998) (holding an unchallenged ruling,
 right or wrong, is the law of the case and requires affirmance).  
AFFIRMED.
HEARN, C.J., and
 HUFF and GEATHERS, JJ., concur.